# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00326-CV

**Curtis James Patterson, Appellant**

**v.**

**Evelyn Y. Johnson-Patterson, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY, NO. 10-3232-FC3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On August 7, 2012, this Court sent notice to appellant Curtis James Patterson that his brief was due on June 15, 2012, and notified him that his appeal would be dismissed for want of prosecution if he did not respond to this Court by August 17, 2012. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed: September 7, 2012